IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SA'ID SHABAZZ,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                                       CASE NO. 1D15-3009

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed May 5, 2016.

Petition for Writ of Certiorari – Original Jurisdiction.

Don Pumphrey, Jr., and Nathan Robert Prince, Tallahassee, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Ana Cristina Martinez, General Counsel and Christian D. Lake, Assistant General Counsel of The Justice Administrative Commission, Tallahassee, for Respondent.

PER CURIAM.

        The petition for writ of certiorari is dismissed.

ROWE, MAKAR, and BILBREY, JJ., CONCUR.